# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## SUMMONS IN A CIVIL CASE

CASE NO.: **13-CV-60393 Zloch/Hunt**

**PATRICK FUSARI**

    Plaintiff,

vs.

**VANTIUM CAPITAL INC., D/B/A STRATEGIC RECOVERY GROUP**

    Defendant.

_____/

TO:    VANTIUM CAPITAL INC., D/B/A STRATEGIC RECOVERY GROUP
        C T CORPORATION SYSTEM, REGISTERED AGENT
        1200 SOUTH PINE ISLAND ROAD
        PLANTATION, FL 33324

        **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Militzok & Levy, P.A.
The Yankee Clipper Law Center
3230 Stirling Road, Suite 1
Hollywood, Florida 33021

An answer to the Complaint which is herewith served upon you, within **twenty-one (21)** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.  You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

DATE: **FEB 20, 2013**



s/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

**SUMMONS**