# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 13-CV-60393 ZLOCH/HUNT

Plaintiff:
**PATRICK FUSARI**

vs.

Defendant:
**VANTIUM CAPITAL INC., D/B/A STRATEGIC RECOVERY GROUP**

For:
Matthew J. Militzok
MILITZOK & LEVY, P.A.
3230 Stirling Road
Suite 1
Hollywood, FL 33021

Received by Gotcha Legal Services, Inc. on the 25th day of March, 2013 at 12:50 pm to be served on **VANTIUM CAPITAL INC., D/B/A STRATEGIC RECOVERY GROUP CT Corporation System, Registered Agent, 1200 S Pine Island Road, Plantation, FL 33324.**

I, CHRIS YEOMAN, being duly sworn, depose and say that on the **25th day of March, 2013 at 2:25 pm, I:**

SERVED the within named corporation by delivering a true copy of the **Summons in a Civil Case, Civil Cover Sheet and Complaint** at the address of **1200 S Pine Island Road, Plantation, FL 33324** with the date and hour endorsed thereon by me to, **Donna Moch, Operations Manager** as an employee of the Registered Agent listed with the Florida Division of Corporation, pursuant to F.S. 48.081 (3)(a).

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true, to the best of my knowledge and belief F.S. 92.525 Verification of documents.

Subscribed and Sworn to before me on the 25th day of March, 2013 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

RAFAEL ENRIQUE GONZALEZ
Notary Public - State of Florida
My Comm. Expires Sep 8, 2014
Commission # EE 24484

_____
CHRIS YEOMAN
SPS #262

Gotcha Legal Services, Inc.
P.O. Box 840324
Pembroke Pines, FL 33084
(954) 270-4597

Our Job Serial Number: CIZ-2013001858

Service Fee: $40.00

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h



RAFAEL ENRIQUE GONZALEZ
Notary Public - State of Florida
My Comm. Expires Sep 8, 2014
Commission # EE 24483